UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO YBARRA, | ) | CASE NO. ED CV 11-1837-PSG (PJW) |
| Petitioner, | ) ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| M.D. STAINER, ACTING WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 28, 2012                    .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd